Peter W. Guyon (1285)
Law Office of Peter W. Guyon, P.C.
614 Newhouse Building
10 Exchange Place
Salt Lake City, UT 84111
Tel:	(801) 322-5555
Fax:	(801) 322-5558
email: pguyon@yahoo.com

*Attorney for Hiawatha Coal Company, Inc.*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION
_____

| | |
|---|---|
| IN RE C. W. MINING COMPANY, doing business as Co-Op Mining Company,<br><br>Debtor.<br><br>_____<br><br>KENNETH A. RUSHTON, Trustee,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>STANDARD INDUSTRIES, INC., ABM INC., FIDELITY FUNDING COMPANY, SECURITY FUNDING, INC., WORLD ENTERPRISES, a Utah Corporation, WORLD ENTERPRISES, a Nevada Corporation, UTAH AMERICAN ENERGY, INC., C.O.P. COAL DEVELOPMENT COMPANY, HIAWATHA COAL COMPANY, INC., ANR, INC., PAUL KINGSTON, an individual, JOSEPH O. KINGSTON, an individual, CHARLES REYNOLDS, an | Case No. 2:14-cv-500 TS<br><br>**COMBINED ENTRY OF APPEARANCE, STATEMENT OF INTERESTED PARTIES AND STATEMENT REGARDING ORAL ARGUMENT**<br><br>Bankruptcy case No. 08-20105-RKM<br>(Chapter 7)<br><br>Adversary Proceeding 11-08001 |

1

individual, JOHN DAVID KINGSTON, JR., an individual, RAILCO, INC., A-FAB ENGINEERING, INC., LATTER DAY CHURCH OF CHRIST, also known as Latter Day Church of Jesus Christ, INTERMOUNTAIN POWER AGENCY, COMMONWEALTH COAL SERVICES, INC., NEVADA POWER COMPANY, TENNESSEE VALLEY AUTHORITY, ATTCO TRUCKING COMPANY, INC., doing business as CTC Trucking, CTC trucking LLC, MOUNTAIN COIN MACHINE DISTRIBUTORS, GOLDEN WEST INDUSTRIES, INC., NINTH STREET, INC., RACHEL YOUNG, JAMES YOUNG, JESSICA YOUNG, CARL E. KINGSTON, as Trustee under Deed of Trust, COALT, INC., N.W.R. LIMITED PARTNERSHIP, N.U.R., INC., FOUR CORNERS PRECISION MFG. CO., D.U.COMPANY, INC., SMC ELECTRICAL PRODUCTS, INC. BECKER MINING AMERICA, INC., L.A. MILLER, GRAYMONT WESTERN US, INC., AMERICA WEST MARKETING, INC., SECURITY FUNDING COMPANY, NATIONAL BUSINESS MANAGEMENT, INC., doing business as N.M., RUTH BROWN, doing business as N.M., HOUSE OF PUMPS, INC., and TRIMAC TRANSPORTATION CENTRAL, INC.

        Defendants - Appellees.

---

In accordance with 10th Cir. BAP L.R. 8001-4(d), Appellee Hiawatha Coal Company, Inc., ("Hiawatha") submits this COMBINED ENTRY OF APPEARANCE, STATEMENT OF INTERESTED PARTIES AND STATEMENT CONCERNING ORAL

ARGUMENT:

I. <u>ENTRY OF APPEARANCE:</u>

    Pursuant to DUCivR 83-7.9 and 10th Circuit BAP L.R. 8001-4(a), the undersigned Peter W. Guyon hereby appears as counsel for Hiawatha in the subject case(s).

II. <u>STATEMENT OF INTERESTED PARTIES:</u>

    Pursuant to DUCivR 83-7.9 and 10th Cir. BAP L.R. 8001-4(b),

1. There are no interested parties not listed on the notice of appeal;

2. There are no parent corporations or publicly-held corporations that own, directly or indirectly, 10% or more of the equity interest of a party that is a corporation; and

3. There are no prior attorneys who have not yet entered an appearance in this Court.

III. <u>STATEMENT CONCERNING ORAL ARGUMENT</u>:

    Hiawatha hereby requests oral argument pursuant to DUCivR 83-7.9 and 10th Cir.BAP L.R. 8001-4( c )

    DATED this 18th day of July, 2014.

                                                     /s/Peter W. Guyon
                                            Peter W. Guyon, Attorney for Hiawatha

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing COMBINED ENTRY OF APPEARANCE, STATEMENT OF INTERESTED PARTIES AND STATEMENT CONCERNING ORAL ARGUMENT was electronically filed on the date first above written and thereby served upon the parties identified in the Court's CM/ECT system report on the 18th day of July, 2014.

                                          /s/Peter W. Guyon
                                     Peter W. Guyon, Attorney for Hiawatha